Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Cross Atlantic Capital Partners, Inc.     v.     Facebook, Inc.

No. 13-1596

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se     [X] As counsel for:  Cross Atlantic Capital Partners, Inc.
                                     Name of party

I am, or the party I represent is (select one):

[ ] Petitioner    [ ] Respondent    [ ] Amicus curiae    [ ] Cross Appellant
[X] Appellant     [ ] Appellee      [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

Name: Kevin P. Anderson
Law firm: Wiley Rein LLP
Address: 1776 K Street, NW
City, State and ZIP: Washington, DC 20006
Telephone: (202) 719-7000
Fax #: (202) 719-7049
E-mail address: kanderson@wileyrein.com

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[X] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 8/19/2001

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [X] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

9/11/13
Date

_____
Signature of pro se or counsel

cc: _____