No. 2013-1596

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

CROSS ATLANTIC CAPITAL PARTNERS, INC.,

*Appellant,*

versus

FACEBOOK, INC.,

*Appellee.*

On Appeal From the United States Patent and Trademark Office,
Patent Trial and Appeal Board in Reexamination No. 95/001,070

## APPELLEE FACEBOOK, INC.'S CONSENTED MOTION TO AMEND SCHEDULE

| | |
|---|---|
| COOLEY LLP<br>HEIDI L. KEEFE<br>MARK R. WEINSTEIN<br>3175 Hanover Street<br>Palo Alto, CA  94306-2155<br>(650) 843-5000 | COOLEY LLP<br>MICHAEL G. RHODES<br>4401 Eastgate Mall<br>San Diego, CA 92121-1909<br>858-550-6017 |
| *Counsel for Appellee Facebook, Inc* | |

# CONSENTED MOTION TO AMEND SCHEDULE

Pursuant to Federal Circuit Rule 26(b) and 27, Appellee Facebook, Inc. ("Facebook") hereby moves for the following extension of time to file its appellee's brief. Counsel for Facebook has conferred with counsel for Appellant Cross Atlantic Capital Partners, Inc. ("XACP"), who stated that XACP consents to the following extension:

| Event | Date to be Extended | Revised Date Sought |
| --- | --- | --- |
| Appellee's Brief | 12/09/2013 | 01/13/2014 |
| Appellant's Reply Brief | 01/20/2014 | 02/21/2014 |

Accordingly, Facebook seeks an extension of 35 days to file its Appellee's brief and that XACP's be granted an extension of 39 days to file its Reply brief. The Court has not previously granted any extension to Appellee on this appeal.

The additional time is necessary because the current briefing schedule conflicts with counsel for Facebook's trial schedule on another matter. Counsel for XACP does not oppose this motion and does not intend to file a response.

2.

Dated:  November 20, 2013					COOLEY LLP


							By: */s/ Heidi L. Keefe*
								Heidi L. Keefe

							Attorneys for Appellee
							FACEBOOK, INC.

3.

## CERTIFICATE OF INTEREST

Counsel for Appellee Facebook, Inc. certifies the following:

1. The full name of every party or amicus represented by me is:

Facebook, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

None.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None.

4. The names of all law firms and the partners or associates that appeared for the party now represented by me in the trial court or are expected to appear in this court are:

From Cooley LLP:  Michael Rhodes, Heidi Keefe and Mark Weinstein.

4.

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2013, I caused to be electronically filed the foregoing APPELLEE'S CONSENTED MOTION TO AMEND SCHEDULE with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system, including the following attorneys representing Cross Atlantic Capital Partners, Inc. on this appeal:

David B. Walker
Barcelo, Harrison & Walker LLP
1629 K Street NW, Suite 300
Washington DC 20006
Phone: (202) 567-6778
Fax:(949) 258-5752

Frederick A. Tecce
Panitch Schwarze Belisario & Nadel LLP
2005 Market Street, Suite 2200
Philadelphia, PA 19103
Phone: (215) 965-1330
Fax: (215) 965-1331

James H. Wallace, Jr
Gregory R. Lyons
Kevin Anderson
Wiley Rein LLP
1776 K Street, NW
Washington, DC 20006
Phone: (202) 719-7000
Fax: (202) 719-7049

/s/ Heidi L. Keefe
Heidi L. Keefe

4.